[No. 5520-1-II.   Division Two.   February 17, 1983.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLIAM
ABSHER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80-1-00249-3, Gerry L. Alexander, J., entered April 28, 1981. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie, J., Reed, J., dissenting.

[No. 4334-7-III.   Division Three.   February 17, 1983.]

*In the Matter of the Personal Restraint of*
ERNEST LEE RUFF, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per McInturff, J., concurred in by Munson, A.C.J., and Green, J.

[Nos. 4347-9-III; 4348-7-III.   Division Three.   February 17, 1983.]

*In the Matter of the Personal Restraint of*
KENNETH DUANE AGTUCA, *Petitioner.*

*In the Matter of the Personal Restraint of*
RONALD ORVILLE PIERCY, *Petitioner.*

Petitions for relief from personal restraint. *Granted* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 5095-5-III.   Division Three.   February 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
B. BEEHNER, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 7066, Sidney R. Buckley, J., entered March 22, 1982. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and Munson, JJ.